# Brayton❖Purcell LLP

## TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
STEPHEN J. HEALY
RICHARD R. KUHN
WILLIAM G. MCDEVITT
ROBERT M. LEVY

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
JENNIFER L. ALESIO
KATHERINE E. ALLEN
FRANK J. ANDERS
PATRICK D. ANGEL*
RON G. ARCHER
DAVID H. BACKENSTOE
ROKSANA S. BIDGOLI
BRONSON D. BILLS*
GARY L. BRAYTON
CAMERON O. CARTER*
ANDREW CHEW
KIMBERLY I. CHU
HUGH C. COOK
MATTHEW DA VEGA
JUSTIN F. FISH
JANETTE H. GLASER
JOHN B. GOLDSTEIN
RICHARD M. GRANT
LAUREL HALBANY
CHRIS E. HERSOM

EFFAT R. HUSSAIN
SIDDHARTH JHANS
GARY V. JUDD
CLAYTON W. KENT
JESSICA S. KIM
MATTHEW B. LEE
LINDSEY E. MANROEL
MAUREEN C. MCGOWAN
JULIET K. MUSHET
JAMES P. NEVIN
OREN P. NOAH
PAULA A. RASMUSSEN
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
ERIC C. SOLOMON
LANCE R. STEWART
JANE E. VETTO*
NANCY T. WILLIAMS
ZOYA Y. YARNYKH
MATTHEW L. ZELASKO-BARRETT

July 23, 2009

Chambers of Honorable James Larson
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102



**FILED**

AUG 1 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: Marlow, Eldon
Transferee Court: U.S.D.C., Eastern Dist. of Pennsylvania, Case No. C09-74744-ER
Originating Court: U.S.D.C., Northern Dist. of California, Case No C09-02285-JL

Dear Court Administrator:

This matter has been successfully transferred to the Asbestos Multidistrict Litigation (MDL #875) pending in the Eastern District of Pennsylvania, as evidenced by the Transfer Order filed with that Court on July 6, 2009. A new case number have been opened and the Clerk of the Eastern District of Pennsylvania has since issued a transfer order moving the docket to that Court. By operation of the enclosed Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation, the condition having been lifted, transfer occurs when the Clerk of the Eastern District of Pennsylvania files the order (not when it is received by the Northern District of California).

This action is being assigned to MDL #875 for consolidated and coordinated pre-trial matters. Upon completion of the pre-trial matters, the case will return to the Northern District of California for trial. Plaintiff respectfully requests that all pending Case Management deadlines be vacated and this matter beadministratively closed until such time as the case is returned to the Northern District of California for trial.

Very truly yours,

David R. Donadio

DRD:jmd
enclosure: Copy of Conditional Transfer Order
cc:   All Appearing Counsel via CM/ECF of
      Northern District of California

**SO ORDERED**

JAMES LARSON
U.S. MAGISTRATE JUDGE

C:\Documents and Settings\MDERBY\Desktop\Larson Ltr clerk CTO323 & M&C.wpd